ACCEPTED
03-15-00499-CR
7127195
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2015 2:32:23 PM
JEFFREY D. KYLE
CLERK

## IN THE
## THIRD COURT OF APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | |
| | | |
| **v.** | § | **CASE NO. 3-15-00499-CR** |
| | | |
| **ROBERT SIMPSON** | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/28/2015 2:32:23 PM
JEFFREY D. KYLE
Clerk

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, ROBERT SIMPSON, appellee in the above styled and numbered cause, and respectfully moves the Court for an extension of time within which to file the appellee brief, and for cause would show the Court as follows:

The appellee brief was originally due on September 28, 2015. This is the first requested extension filed on behalf of the appellee. Counsel now requests an additional extension for the following reasons:

Counsel is presently scheduled to file an appellant brief in Cabello v. State with this Honorable Court in case number 3-15-00111-CR, which is a voluminous record and appeal and due on October 1, 2015.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this motion be granted and that the Court permits an extension of time to file the appellee brief of an additional thirty days.

–1–

RESPECTFULLY SUBMITTED,

Daniel H. Wannamaker
1012 Rio Grande Street
Austin, Texas 78701
(512) 236-9929
(512) 233-5979 (Fax)
State Bar No. 20834300
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Motion

to Extend Time to File Appellee Brief was furnished to the Travis County District

Attorney's Office, on this the 28th day of September, 2015.

Daniel H. Wannamaker
Attorney for Appellant